# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ANDRE D. THOMPSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | No. 4:19-CV-2310 RLW |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of petitioner's *pro se* motion, construed as a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. ECF No. 1. The motion is defective because it has not been signed by petitioner and it has not been drafted on a Court-provided form. Under Federal Rule of Civil Procedure 11, every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." Similarly, the local rules of this Court also require that all filings be signed by the party or the party's attorney. E.D. Mo. L.R. 2.01(A)(1). Also required by the local rules, petitioner must file his motion on a Court-provided form. E.D. Mo. L.R. 2.06(A). As a result, the Court will order the Clerk to mail to petitioner a blank motion under 28 U.S.C. § 2255 form, to be completed, signed, and returned to the Court for filing. If petitioner fails to comply with this Order, petitioner's action will be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to petitioner a blank copy of the Court's form "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody."

**IT IS FURTHER ORDERED** that petitioner shall complete and sign the motion and return it to the Court within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if petitioner fails to comply with this Order, petitioner's action shall be dismissed without prejudice.

Dated this 20th day of August, 2019.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE